| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bade, Bridget S. | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Sandra Day O'Connor U.S. Courthouse<br>401 W. Washington Street, Suite 321<br>Phoenix, Arizona 85003 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Archway Classical Academy - Chandler |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-Employed Attorney - Bade Baskin Richards PLC (1/1/13 - 10/31/31); Self-Employed Attorney - Thomas W. Bade PLC (11/1/13-12/31/13) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Arizona Central Credit Union | HELOC | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. (H) ACCOUNTS | | | | | | | | | |
| 2. Arizona Central Credit Union | A | Int./Div. | K | T | | | | | |
| 3. (H) BSB ROTH IRA - BAIRD | | | | | | | | | |
| 4. Aim Invesco Cocmstock Cl C | A | Dividend | J | T | | | | | |
| 5. MFS Limited Maturity Cl C | A | Dividend | J | T | | | | | |
| 6. (H) TWB ROTH IRA - BAIRD | | | | | | | | | |
| 7. Davis NY Venture Cl C | A | Dividend | J | T | | | | | |
| 8. | A | Distribution | | | | | | | |
| 9. MFS Limited Maturity Cl C | A | Dividend | J | T | | | | | |
| 10. (H) MNB COVERDELL ESA - BAIRD | | | | | | | | | |
| 11. Davis NY Venture Cl C | A | Dividend | K | T | | | | | |
| 12. | B | Distribution | | | | | | | |
| 13. (H) MTB COVERDELL ESA - BAIRD | | | | | | | | | |
| 14. Davis NY Venture Cl C | A | Dividend | J | T | | | | | |
| 15. | B | Distribution | | | | | | | |
| 16. Ivy Balanced Cl C (X) | A | Dividend | J | T | | | | | |
| 17. (H) BSB ROLLOVER IRA - BAIRD | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Baird Money Market | A | Interest | J | T | | | | | |
| 19. DELL common stock | | None | | | Sold | 10/30/13 | J | A | |
| 20. ESRX common stock | | None | J | T | | | | | |
| 21. GE common stock | A | Dividend | J | T | | | | | |
| 22. HD common stock | A | Dividend | J | T | | | | | |
| 23. MRK common stock | A | Dividend | J | T | | | | | |
| 24. MSFT common stock | A | Dividend | J | T | | | | | |
| 25. PG common stock | A | Dividend | J | T | | | | | |
| 26. XCEL common stock | A | Dividend | J | T | | | | | |
| 27. (H) TWB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 28. Baird Money Market | A | Interest | J | T | | | | | |
| 29. MO common stock | A | Dividend | J | T | | | | | |
| 30. BAC common stock | A | Dividend | J | T | | | | | |
| 31. C common stock | A | Dividend | J | T | | | | | |
| 32. CSCO common stock | A | Dividend | J | T | | | | | |
| 33. COP common stock | A | Dividend | K | T | | | | | |
| 34. GE common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTC common stock | A | Dividend | J | T | | | | | |
| 36. JPM common stock | A | Dividend | J | T | | | | | |
| 37. JNJ common stock | A | Dividend | J | T | | | | | |
| 38. KRFT common stock | A | Dividend | J | T | | | | | |
| 39. MRK common stock | A | Dividend | J | T | | | | | |
| 40. MSFT common stock | A | Dividend | J | T | | | | | |
| 41. MDLZ common stock | A | Dividend | J | T | | | | | |
| 42. PM common stock | A | Dividend | K | T | | | | | |
| 43. PFE common stock | A | Dividend | J | T | | | | | |
| 44. PSX common stock | A | Dividend | J | T | | | | | |
| 45. DBO Powershares DB Multi Sector Commodity Trust Oil Fund | | None | J | T | | | | | |
| 46. XCEL common stock | A | Dividend | J | T | | | | | |
| 47. Blackrock S&P 500 Index Investor Cl A | A | Dividend | K | T | | | | | |
| 48. (H) BSB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 49. TDAM US Government Portfolio | A | Int./Div. | J | T | | | | | |
| 50. Ishares Russell 100 Index Fund | A | Int./Div. | K | T | | | | | |
| 51. Cullen Value Fd Hi Dvd Fd Cl A | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. First Eagle Sogen Fds Inc Global Cl A | A | Int./Div. | K | T | Buy (add'l) | 09/27/13 | J | | |
| 53. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 54. First Eagle Sogen Fds Inc Global Cl I | A | Int./Div. | K | T | | | | | |
| 55. Manning & Napier Pro Blend Ext Term Series Fd | A | Int./Div. | K | T | | | | | |
| 56. Northern Lights Swan Defined Risk A | A | Int./Div. | K | T | Buy | 07/12/13 | J | | |
| 57. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 58. Pimco Fds All Asset All Authority | A | Int./Div. | J | T | Buy (add'l) | 01/11/13 | J | | |
| 59. | | | | | Sold (part) | 11/25/13 | J | A | |
| 60. Pimco Fds All Asset Fd Instl | | None | | | Sold | 07/12/13 | J | A | |
| 61. Touchstone Funds Small Cap Core A | A | Int./Div. | J | T | | | | | |
| 62. Virtus Funds Emerging Mkts Oppty I | A | Int./Div. | J | T | | | | | |
| 63. BRK B common stock | | None | | | Sold | 09/18/13 | J | B | |
| 64. DVN common stock | A | Dividend | J | T | | | | | |
| 65. GE common stock | A | Dividend | J | T | | | | | |
| 66. GS common stock | A | Dividend | J | T | | | | | |
| 67. (H) TWB & BSB JT TEN - BEACON POINTE | | | | | | | | | |
| 68. TDAM Municpal Portfolio Class A | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Eagle Sogen Fds Inc Global Cl A | A | Int./Div. | J | T | Buy (add'l) | 04/17/13 | J | | |
| 70. First Eagle Sogen Fds Inc Global Cl I | A | Int./Div. | J | T | | | | | |
| 71. FPA Crescent Portfolio | A | Int./Div. | K | T | Buy (add'l) | 01/07/13 | J | | |
| 72. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 73. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 74. Northern Lights Swan Defined Risk | A | Int./Div. | J | T | Buy | 09/12/13 | J | | |
| 75. Riverpark Wedgewood Instl | A | Int./Div. | J | T | | | | | |
| 76. Riverpark Wedgewood Retail | A | Int./Div. | J | T | | | | | |
| 77. Touchstone Small Cap Core A | A | Int./Div. | J | T | | | | | |
| 78. Virtus Funds Emerging Mkts Oppo Fd Cl A | A | Int./Div. | J | T | Buy | 01/07/13 | J | | |
| 79. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 80. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 81. BAC common stock | A | Dividend | J | T | | | | | |
| 82. GOOG common stock | | None | J | T | | | | | |
| 83. (H) BBR PSP - BEACON POINTE | | | | | | | | | |
| 84. TDAM Municipal Portfolio | A | Int./Div. | J | T | | | | | |
| 85. GS common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Pimco Fds All Asset All Authority Instl | A | Int./Div. | K | T | Buy (add'l) | 01/18/13 | J | | |
| 87. | | | | | Sold (part) | 07/16/13 | J | A | |
| 88. Pimco Total Return D | A | Int./Div. | J | T | Buy (add'l) | 01/07/13 | J | | |
| 89. | | | | | Sold (part) | 07/16/13 | J | A | |
| 90. Riverpark Wedgewood Retail | A | Int./Div. | J | T | | | | | |
| 91. FPA Crescent Portfolio | A | Int./Div. | J | T | Buy (add'l) | 01/07/13 | J | | |
| 92. Northern Lights Swan Defined Risk A | A | Int./Div. | K | T | Buy | 07/16/13 | J | | |
| 93. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 94. Virtus Funds Emerg Mkts Oppo Fd Cl A | A | Int./Div. | J | T | Buy | 01/07/13 | J | | |
| 95. (H) BBR PSP - BEACON POINTE - SARATOGA VALUE | | | | | | | | | |
| 96. TDAM Municipal Portfolio Cl A | A | Int./Div. | K | T | | | | | |
| 97. MMM common stock | A | Dividend | J | T | | | | | |
| 98. ABT common stock | A | Dividend | J | T | | | | | |
| 99. ABBV common stock | A | Dividend | J | T | | | | | |
| 100. AAPL common stock | A | Dividend | J | T | Buy | 04/18/13 | J | | |
| 101. ADP common stock | A | Dividend | J | T | Sold (part) | 11/19/13 | J | A | |
| 102. BDX common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   BRK B common stock | A | Dividend | J | T | | | | | |
| 104.   CHRW common stock | A | Dividend | J | T | Buy | 05/09/13 | J | | |
| 105.   CSCO common stock | A | Dividend | J | T | | | | | |
| 106.   COH common stock | A | Dividend | J | T | Buy | 01/23/13 | J | | |
| 107.   KO common stock | A | Dividend | J | T | | | | | |
| 108.   GD common stock | A | Dividend | J | T | Sold<br>(part) | 06/13/13 | J | A | |
| 109.   IBM common stock | A | Dividend | J | T | | | | | |
| 110.   JNJ common stock | A | Dividend | J | T | | | | | |
| 111.   MCD common stock | A | Dividend | J | T | | | | | |
| 112.   MDT common stock | A | Dividend | J | T | | | | | |
| 113.   MSFT common stock | A | Dividend | J | T | | | | | |
| 114.   NKE common stock | A | Dividend | J | T | Sold<br>(part) | 07/08/13 | J | A | |
| 115.   NVO common stock | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 116.   OMC common stock | A | Dividend | J | T | | | | | |
| 117.   ORCL common stock | A | Dividend | J | T | | | | | |
| 118.   PEP common stock | A | Dividend | J | T | Sold<br>(part) | 04/18/13 | J | A | |
| 119.   PG common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  SYK common stock | A | Dividend | J | T | Sold (part) | 05/02/13 | J | A | |
| 121.  TSS common stock | A | Dividend | J | T | | | | | |
| 122.  UTX common stock | A | Dividend | J | T | | | | | |
| 123.  VAR common stock | A | Dividend | J | T | | | | | |
| 124.  WMT common stock | A | Dividend | J | T | | | | | |
| 125.  ADBE common stock | | None | | | Sold | 02/20/13 | J | A | |
| 126.  (H) BBR PSP - TCS FINANCIAL | | | | | | | | | |
| 127.  Alliance Bernstein Premium Growth Cl A | A | Int./Div. | J | T | Buy | 11/27/13 | J | | |
| 128.  Allianz Convertible D | A | Int./Div. | | | Buy | 01/31/13 | J | | |
| 129. | | | | | Sold | 04/24/13 | J | A | |
| 130. | | | J | T | Buy | 09/11/13 | J | | |
| 131.  Fidelity Funds Pharmacueticals Fd | A | Int./Div. | J | T | Buy | 11/05/13 | J | | |
| 132.  Fidelity Funds Brkg & Inv Mgmt | A | Int./Div. | J | T | Buy | 11/14/13 | J | | |
| 133.  Invesco Mid Cap Core Eq Fd Cl A | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 134.  Mainstay Fds Convertible A | A | Int./Div. | | | Buy | 05/20/13 | J | | |
| 135. | | | | | Sold | 08/12/13 | J | A | |
| 136. | | | J | T | Buy | 09/11/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Oppenheimer Cap Appreciation Cl A | | None | J | T | Buy | 12/12/13 | J | | |
| 138.  Prudential Fds Jennison Growth A | A | Int./Div. | J | T | Buy | 09/10/13 | J | | |
| 139.  T Rowe Price Equity Income F Sh Ben Int | A | Int./Div. | J | T | Buy | 11/06/13 | J | | |
| 140.  Virtus Funds Real Estate Securities Cl A | A | Int./Div. | J | T | Buy | 09/20/13 | J | | |
| 141.  Am Centy Target Mats TR Zero Coupon | A | Int./Div. | | | Sold | 03/07/13 | J | A | |
| 142.  Blackrock Pacific Cl A | | None | | | Sold | 01/23/13 | J | A | |
| 143. | | | | | Buy | 04/18/13 | J | | |
| 144. | | | | | Sold | 07/12/13 | J | A | |
| 145.  Columbia High Yield Muni Z | A | Int./Div. | | | Sold | 03/18/13 | J | A | |
| 146.  FAM Funds Value Fund | A | Int./Div. | | | Sold | 02/22/13 | J | A | |
| 147.  Legg Mason Clearbridge Aggressive Growth A | | None | | | Sold | 02/22/13 | J | A | |
| 148.  Loomis Sayles Fds I Inflation Protected Sec Retail | A | Int./Div. | | | Sold | 03/12/13 | J | A | |
| 149.  Lord Abbett Fundamnetal Equity A | A | Int./Div. | | | Sold | 01/23/13 | J | A | |
| 150.  Oppenheimer AMT-Free Muni Sh Ben Int A | A | Int./Div. | | | Sold | 01/31/13 | J | A | |
| 151.  Pimco Total Return Admin | A | Int./Div. | | | Sold | 01/15/13 | J | A | |
| 152.  Pimco Long Term US Govt Fd Admin | A | Int./Div. | | | Sold | 02/12/13 | J | A | |
| 153.  Putnam Tax Exempt Income Fd Sh Ben Int A | A | Int./Div. | | | Sold | 04/08/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  MFS Value Fund Cl A | A | Int./Div. | | | Buy | 01/15/13 | J | | |
| 155. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 156. | | | | | Sold (part) | 05/30/13 | J | A | |
| 157. | | | | | Sold | 08/16/13 | J | A | |
| 158.  American Century Value Fund | A | Int./Div. | | | Buy | 01/23/13 | J | | |
| 159. | | | | | Sold | 04/18/13 | J | A | |
| 160. | | | | | Buy | 06/11/13 | J | | |
| 161. | | | | | Sold | 09/24/13 | J | A | |
| 162.  Oppenheimer Sers Fd Inc Value | A | Int./Div. | | | Buy | 01/23/13 | J | | |
| 163. | | | | | Sold | 04/18/13 | J | A | |
| 164.  T Rowe Price Value FD Inc Com | | None | | | Buy | 02/12/13 | J | | |
| 165. | | | | | Sold | 07/01/13 | J | A | |
| 166. | | | | | Buy | 08/12/13 | J | | |
| 167. | | | | | Sold | 09/20/13 | J | A | |
| 168.  Pioneer Funds Pioneer Fund Cl A | A | Int./Div. | | | Buy | 02/22/13 | J | | |
| 169. | | | | | Sold | 06/11/13 | J | A | |
| 170.  Snetinel Group Fds Inc Small Cap | | None | | | Buy | 02/22/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold | 05/10/13 | J | A | |
| 172. | | | | | Buy | 06/19/13 | J | | |
| 173. | | | | | Sold | 08/20/13 | J | A | |
| 174. T Rowe Price Growth Stk Fd I G | | None | | | Buy | 03/07/13 | J | | |
| 175. | | | | | Sold | 06/06/13 | J | A | |
| 176. American Funds Income Fund Of America | A | Int./Div. | | | Buy | 03/12/13 | J | | |
| 177. | | | | | Sold | 05/17/13 | J | A | |
| 178. Columbia Convertible Securities | A | Int./Div. | | | Buy | 03/18/13 | J | | |
| 179. | | | | | Sold | 08/26/13 | J | A | |
| 180. Dreyfus 100% US Treas Long Term | A | Int./Div. | | | Buy | 04/08/13 | J | | |
| 181. | | | | | Sold | 07/18/13 | J | A | |
| 182. Alliance Bernstein High Income | A | Int./Div. | | | Buy | 04/24/13 | J | | |
| 183. | | | | | Sold | 09/03/13 | J | A | |
| 184. American Funds Washington Mutual | A | Int./Div. | | | Buy | 06/14/13 | J | | |
| 185. | | | | | Sold | 08/12/13 | J | A | |
| 186. Janus Forty Fund Class S | | None | | | Buy | 07/09/13 | J | | |
| 187. | | | | | Sold | 09/20/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Northern Funds Small Cap Fd | | None | | | Buy | 07/12/13 | J | | |
| 189. | | | | | Sold | 11/05/13 | J | A | |
| 190.  T Rowe Price New Am Growth | | None | | | Buy | 07/18/13 | J | | |
| 191. | | | | | Sold | 09/10/13 | J | A | |
| 192.  American Century Intl Bd Fd | | None | | | Buy | 08/12/13 | J | | |
| 193. | | | | | Sold | 11/06/13 | J | A | |
| 194.  Framklin Convertbile Secs Cl A | A | Int./Div. | | | Buy | 07/25/13 | J | | |
| 195. | | | | | Buy<br>(add'l) | 09/09/13 | J | | |
| 196. | | | J | T | Sold<br>(part) | 12/12/13 | J | A | |
| 197.  DWS Investment Trust Core Equity | A | Int./Div. | | | Buy | 09/10/13 | J | | |
| 198. | | | | | Sold | 11/14/13 | J | A | |
| 199.  Goldman Sachs Tr High Yield Muni | A | Int./Div. | | | Buy | 09/24/13 | J | | |
| 200. | | | | | Sold | 11/27/13 | J | A | |
| 201.  (H) LIFE INSURANCE POLICIES | | | | | | | | | |
| 202.  Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 203.  Northwestern Mutual Adjsutable CompLife | A | Dividend | J | T | | | | | |
| 204.  Northwestern Muutal Adjsutable CompLife | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 205. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 206. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Pers

**Bade, Brid**

## VIII. ADDITIONAL INFORMATION OR EXPLAN

BBR PSP = Bade Baskin Richards Profit Sharing Plan, which is ⬛⬛⬛ fo
partricpants. ⬛⬛⬛ self-directed account is managed by two separate fir
Advisors is responsible for the accounts designated Beacon Pointe and Beacon
outside account manager.  TCS Financial is the advisor for the third account.  T
funds to buy and/or sell and the time at which to buy or sell.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544